**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION**

| | | |
|---|---|---|
| TRAVIS MCELVAIN, | ) | **Case No.: 11-cv-146** |
| | ) | |
| Plaintiff, | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| DIVERSIFIED COLLECTION SERVICES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, TRAVIS MCELVAIN, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: June 3, 2011                                             KROHN & MOSS, LTD.

                                                                                By:     /s/ JD Hass, Esq.
                                                                                          Local Counsel:  JD Hass, Esq.
                                                                                          jdhaas.com

                                                                                          Krohn & Moss, Ltd.
                                                                                          10474 Santa Monica Blvd., Suite 401
                                                                                          Los Angeles, CA 90025
                                                                                          Attorney for Plaintiff

- 1 -

VOLUNTARY DISMISSAL